### 16232.  TOUCHTONE v. THE STATE.

BLOODWORTH, J.  As far as the special grounds of the motion for a new trial properly present questions for determination by this court, there is nothing in any of them that requires the grant of a new trial; the evidence demanded the verdict rendered, and the court properly overruled the motion for a new trial.

<i>Judgment affirmed. Broyles, C. J., and Luke, J., concur.</i>

DECIDED MARCH 27, 1925.  REHEARING DENIED APRIL 16, 1925.

Indictment for embezzlement; from Thomas superior court—Judge W. E. Thomas.  December 31, 1924.

Application for certiorari was denied by the Supreme Court.

*E. K. Wilcox, J. J. Murray,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.